7-27-2022 Terry Lee Criss, JR,
Page 1                v.s.         Respondent
            STATE OF INDIANA

CAUSE NO. 49D01-2201-CB-001247

## Class ACTION CIVIL;

1:22-cv-1533-TWP-TAB

FILED
08/01/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I Terry Lee Criss, JR. am filing this class action lawsuit against The STATE OF INDIANA Pro; se for the following reason(s)

1). My ~~first~~ 1-27← please correct Amendment right has been violated since 1994 for childmolestation.

2). I was convicted in 1994 & Grandfathered in as a Violent Sexual Pedator to Register for life.

3). I filed A motion Wallace V. STATE Back in 2014 while housed at the New Castle Correctional Facility IDOC. I had to file the motion In The Henry County, In. Courts.

4). The Attorney General of the State of In. So ordered me to be removed from the In. Registry.

5). Why is it I am still being targeted & red Flagged when my back ground is checked.

6). I never repeated this violent offense since the date of my conviction in 1994 why do I still have to be held accountable & go Through this pain & suffering?

Page 2.

7). I would like this childmolestation case to be concealed off my back ground & record & taken out of the IDOC system completely. Public still have access to review that part of my record.

8). The childmolestation case is over 28 years ago. It doesn't pertain to me any longer unless other wise I reoffend.

However, I have proven myself not to ever reoffend such a sex crime of any in The STATE OF INDIANA or any other STATE. I am still being subjected to have it brought up every time I am arrested, pulled over by the LAW, apply for housing, jobs or have my back ground checked etc. I have already paid my debt to society more then enough for this 28 year old childmolestation charge. It is prohibiting me from future success. It is now causing me mental pain & suffering over the yearcss of my life, which has now cause me to file this law suit.

(See next page →)

Come Now I Terry Lee Criss, Jr. am filing this motion & asking for $2.5 million dollars or more in punative damages for mental pain & suffering encluding a great deal of hardship with families etc. Also for violating my 1 Amendment Right In The STATE OF In. by law. I would like the STATE OF IN. & those that are involved to Further evaluate the situation & recitify this problem. Thank you for your time & consideration concerning this matter.

Respectfully,

Terry Lee Criss, JR.


Terry Lee Criss, JR.
C/o Decatur County, Detention Center
601, South Ireland Street.
Greensburg, Indiana
47240