# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRY LEE CRISS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01533-TWP-TAB ) |
| STATE OF INDIANA, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice for lack of jurisdiction.

Dated: 11/15/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

TERRY LEE CRISS, JR.
Decatur County Detention Center
601 South Ireland St.
Greensburg, IN 47240